**2009–1858. State v. Menton.**

Mahoning App. No. 07 MA 70, 2009-Ohio-4640. Discretionary appeal accepted on Proposition of Law No. V; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

PFEIFER, O'CONNOR, and CUPP, JJ., dissent.

## APPEALS NOT ACCEPTED FOR REVIEW

**2009–0063. State v. Lawson.**

Clermont App. No. CA2007–12–116, 2008-Ohio-6066.

PFEIFER, J., dissents.

**2009–1632. LeMar v. Ickes.**

Wayne App. No. 08CA0036, 2009-Ohio-3650.

**2009–1637. Hughley v. Kinsel.**

Fairfield App. No. 2009 CA 00032, 2009-Ohio-4741.

**2009–1641. Nevelle v. Neville.**

Marion App. No. 9–08–37, 2009-Ohio-3817.

PFEIFER, J., dissents.

**2009–1644. State v. Hall.**

Allen App. No. 1–08–66, 2009-Ohio-3824.

**2009–1647. Bacoccini v. Ice Industries, Inc.**

Lucas App. No. L–08–1401, 2009-Ohio-3800.

O'DONNELL, J., dissents.

**2009–1654. State v. Lyles.**

Allen App. No. 1–09–40.

O'DONNELL, J., dissents and would accept the appeal, reverse the judgment of the court of appeals, and remand for application of *State ex rel. Culgan v. Medina Cty. Court of Common Pleas,* 119 Ohio St.3d 535, 2008-Ohio-4609, 895 N.E.2d 805.

CUPP, J., not participating.

**2009–1665. Brandon v. Brandon.**

Mercer App. No. 10–08–13, 2009-Ohio-3818.

**2009–1669. Bailey v. Cleves.**

Hamilton App. No. C–081099.

**2009–1670. Fleisher v. Ford Motor Co.**

Franklin App. No. 09AP–139, 2009-Ohio-3846 and 2009-Ohio-4847.

PFEIFER, J., dissents.

O'CONNOR, J., not participating.

**2009–1672. In re Haggard.**

Auglaize App. No. 2–08–20, 2009-Ohio-3821.

MOYER, C.J., and PFEIFER, J., dissent.

**2009–1675. E. Cleveland v. Waters.**

Cuyahoga App. No. 91631, 2009-Ohio-3591.

MOYER, C.J., dissents and would accept the appeal on Proposition of Law No. I.

**2009–1678. State v. McFarland.**

Jefferson App. No. 08 JE 25, 2009-Ohio-4391.

**2009–1683. Bryant v. Scooter Store.**

Lucas App. No. L–08–1262, 2009-Ohio-3910.

**2009–1687. State v. Lacy.**

Hancock App. No. 5–09–27.